| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JACK A. GREBE, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:08-CV-105 |
| § | |
| OFFICER JONES, *et al.*, § | |
| § | |
| Defendants. § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Jack A. Grebe, Jr., a prisoner previously confined in Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, brought this civil rights action pursuant to *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against Officer Jones, Officer W. Forse, Counselor C. Allen, Officer Woodson, Case Manager G. Garrison, Case Manager Merendino, Counselor Landry, Counselor Havis, Unit Manager Lisa Davis, and an unidentified correctional officer.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting defendants' motion for summary judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  Defendants' motion for summary judgment is **GRANTED**.  A final judgment will be entered in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 25th day of October, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE